# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHAD KAPOLKA AND BRETT TURRENTINE, Individually and on behalf of all Others Similarly Situated, | )<br>)<br>)<br>) 2:18-cv-01007-NR |
| Plaintiffs, | ) |
| vs. | ) |
| ANCHOR DRILLING FLUIDS USA, LLC and Q'MAX AMERICA, INC. | ) |
| Defendants. | ) |

## ORDER

**AND NOW,** this 22nd day of October, 2019, upon consideration of Plaintiffs' Amended Motion to Approve Collective Action Settlement, [ECF 50], it is **HEREBY ORDERED** as follows:

(1) The amended Settlement Agreement attached to Plaintiffs' motion as Exhibit 1, [ECF 50-1], is **APPROVED** in its entirety.

(2) The parties are directed to implement and complete the notice and claims process described in the Settlement Agreement.

(3) The parties are directed to submit a joint order dismissing all settlement opt-in class members after the settlement notice process is completed.

(4) The parties are directed to submit a status report, advising the Court of the parties' progress toward completing the notice and claims process on **January 22, 2020**, if the process has not been completed by that date.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge